JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin Pergande,<br><br>　　　　　　　　v.<br>　　　　　　　　　　　PLAINTIFF(S)<br><br>Block, Inc.,<br><br>　　　　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CV 25-9074 MWF (KSx)<br><br>ORDER ON REQUEST TO PROCEED<br>*IN FORMA PAUPERIS*<br>(NON-PRISONER CASE) |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.　　☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

　　☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
　　☐ The action is frivolous or malicious.
　　☐ The action fails to state a claim upon which relief may be granted.
　　☒ The action is duplicative of another action.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:

　　If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, this case is hereby DISMISSED WITHOUT PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

October 6, 2025　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Fitzgerald
―――――――――――――　　　　　　　　　　　　―――――――――――――
Date　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CV-73 (07/22)　　　　　ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)

The Court takes notice of its own files and notes that Plaintiff previously filed an action nearly identical to this one in *Pergande v. Block, Inc.*, No. CV 25-6036 JAK (Ex) (C.D. Cal. Aug. 12, 2025). Plaintiff was provided leave to amend, but ultimately could not state a claim for which relief could be granted. (*Id.*). Accordingly, that action was dismissed without further leave to amend, and without prejudice to Plaintiff obtaining relief, if available, in state court. (*Id.*)

As this case is duplicative of No. CV 25-6036 JAK (Ex), it is similarly dismissed without prejudice to whatever relief Plaintiff may obtain in state court. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (complaint repeating same allegations asserted in earlier case is subject to dismissal as duplicative); *Cruz v. Savoie*, No. 1:22-cv-01035-SAB (PC), 2022 WL 3704132, at *2 (E.D. Cal. Aug. 26, 2022).

In light of this dismissal, the Request is **DENIED** (Docket No. 2), and all other pending matters are **TERMINATED**.

No further duplicative action shall be filed in this Court.

*(attach additional pages if necessary)*